## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------X
                                                        :
In re                                                   :       Chapter 11
                                                        :
Nortel Networks Inc., et al.,¹                          :       Case No. 09-10138 (KG)
                                                        :
              Debtors.                                  :       Jointly Administered
                                                        :
--------------------------------------------------------X
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON DECEMBER 5, 2012 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

1.     Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Settlement with Nortel Networks (Ireland) Limited (D.I. 8960, Filed 11/19/12).

       Objection Deadline: November 28, 2012 at 4:00 p.m. (ET).

       Responses Received: None.

       Related Pleading:

       (a)     Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Settlement with Nortel Networks (Ireland) Limited (D.I. 9043, Filed 11/30/12); and

       (b)     Proposed Form of Order.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

<u>Status</u>: There were no objections and a CNO was filed.

**CONTESTED MATTER**

2.      Motion to Reconsider Filed by Michael Rose (D.I. 8396, Filed 9/4/12).

<u>Objection Deadline</u>: November 28, 2012 at 4:00 p.m. (ET).

<u>Responses Received</u>:

(a)      Debtors' Response and Objection to the Motion of Michael Rose for Reconsideration of the Order Granting the Debtors' Twenty-Sixth Omnibus Objections to Claims (D.I. 9024, Filed 11/28/12).

<u>Related Pleading</u>:

(a)      Notice of Hearing on Motion to Reconsider (D.I. 8922, Filed 11/12/12);

(b)      Certificate of No Objection Regarding Creditor's Motion to Reconsider Proof of Claim Pursuant to ERISA 206 § (g)(3)(D) (D.I. 8950, Filed 11/15/12); and

(c)      Debtors' Objection to Certificate of No Objection Regarding Creditor's Motion to Reconsider Proof of Claim Pursuant to ERISA 206 § (g)(3)(D) (D.I. 8955, Filed 11/19/12).

<u>Status</u>: The hearing on this matter will go forward.

**PRETRIAL CONFERENCE**

3.      Pretrial Conference in the Adversary Proceeding

<u>Status</u>: The pretrial conference with respect to SNMP Research International, Inc. (Adversary Case No. 11-53454) has been adjourned to February 5, 2013 at 10:00 a.m. (ET).

Dated: December 3, 2012          CLEARY GOTTLIEB STEEN & HAMILTON LLP
       Wilmington, DE            James L. Bromley (admitted *pro hac vice*)
                                 Lisa M. Schweitzer (admitted *pro hac vice*)
                                 One Liberty Plaza
                                 New York, New York 10006
                                 Telephone:  (212) 225-2000
                                 Facsimile:  (212) 225-3999

                                 - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6733427.3