# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Nortel Networks Inc., *et al.*,  )<br>  )<br>         Debtors.  )<br>  )<br>_____ )<br>SNMP Research International, Inc.   )<br>and SNMP Research, Inc.,   )<br>         Plaintiffs,   )<br>  )<br>v.   )<br>  )<br>Nortel Networks Inc., *et al.*,   )<br>and Avaya Inc.,   )<br>         Defendants.   )<br>  )<br>_____ ) | Chapter 11<br><br>09-10138 (KG)<br>(Jointly Administered)<br><br><br><br><br><br><br>Adv. Proc. No. 11-53454 (KG)<br>**Related to Adv. Docket Nos. 1, 115** |

## NOTICE OF DISMISSAL OF CLAIMS AGAINST
## <u>CANADIAN DEBTORS WITHOUT PREJUDICE</u>

PLEASE TAKE NOTICE that on February 13, 2015, the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court") ruled that the claims in this action asserted against Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation and Nortel Networks Technology Corporation (together, "Canadian Debtors"), must be prosecuted by the Plaintiffs, SNMP Research International, Inc. and SNMP Research, Inc. (together, "SNMP Research") before the Canadian Court. *See* Adv. D.I. 147. In light of this ruling, SNMP filed a Statement of Claim against the Canadian Debtors in the Canadian Court.

PLEASE TAKE FURTHER NOTICE that SNMP Research, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7041, hereby dismisses

the claims in this adversary proceeding against the Canadian Debtors *solely* as to the Canadian Defendants *without prejudice*.

| | |
|---|---|
| Dated: March 24, 2015 | **COLE SCHOTZ P.C.** |
| **OF COUNSEL** | */s/ Nicholas J. Brannick* <br> Norman L. Pernick (No. 2290) |
| Richard S. Busch, Esq. <br> Andrew Coffman, Esq. <br> **King & Ballow Law Offices** <br> 315 Union Street, Suite 1100 <br> Nashville, TN 37201 <br> (615) 259-3456 (Phone) <br> (615) 726-5417 (Fax) <br> rbusch@kingballow.com <br> acoffman@kingballow.com | Nicholas J. Brannick (No. 5721) <br> 500 Delaware Avenue, Suite 1410 <br> (302) 651-2002 (Phone) <br> (302) 652-3117 (Fax) <br> npernick@coleschotz.com <br> nbrannick@coleschotz.com |
| -and- | -and- |
| John L. Wood, Esq. <br> **Egerton, McAfee, Armistead & Davis, P.C.** <br> 900 S. Gay Street <br> Knoxville, TN 37902 <br> (865) 546-0500 (Phone) <br> (865) 525-5293 (Fax) <br> jwood@emlaw.com | G. David Dean, Esq. <br> 300 E. Lombard Street, Suite 2000 <br> Baltimore, MD 21202 <br> 410-230-0660 (Phone) <br> 410-230-0667 (Fax) <br> ddean@coleschotz.com <br><br> *Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.* |

53651/0001-11651375v1