IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Nortel Networks Inc., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | 09-10138 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| SNMP Research International, Inc. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SNMP Research, Inc., | ) | Adv. Proc. No. 11-53454 (KG) |
| | ) | |
| Plaintiffs, | ) | **Related Adv. Docket No. 313** |
| | ) | |
| v. | ) | |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Avaya Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF ADV. DOCKET NO. 313

**PLEASE TAKE NOTICE** that, on December 3, 2015, the Plaintiffs, SNMP Research International, Inc. and SNMP Research, Inc. filed the Declaration of Dr. Jeffrey D. Case in Support of Plaintiffs' Opposition to U.S. Debtors' Motion for Partial Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment (the "**Case Declaration**") [Adv. Docket No. 313].

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Component Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

53651/0001-12567910v1

**PLEASE TAKE FURTHER NOTICE** that the Case Declaration is hereby withdrawn, and is being re-filed as modified contemporaneously herewith.

Dated: December 7, 2015

| | |
|---|---|
| **OF COUNSEL** | **COLE SCHOTZ P.C.** |
| Richard S. Busch, Esq. | /s/ Nicholas J. Brannick |
| **King & Ballow Law Offices** | Norman L. Pernick (No. 2290) |
| 315 Union Street, Suite 1100 | Nicholas J. Brannick (No. 5721) |
| Nashville, TN 37201 | 500 Delaware Avenue, Suite 1410 |
| (615) 259-3456 (Phone) | Wilmington, DE 19801 |
| (615) 726-5417 (Fax) | (302) 651-2002 (Phone) |
| rbusch@kingballow.com | (302) 652-3117 (Fax) |
| | npernick@coleschotz.com |
| -and- | nbrannick@coleschotz.com |
| John L. Wood, Esq. | -and- |
| **Egerton, McAfee, Armistead & Davis, P.C.** | G. David Dean, Esq. |
| 900 S. Gay Street, Suite 1400 | 300 E. Lombard Street, Suite 1450 |
| Knoxville, TN 37902 | Baltimore, MD 21202 |
| (865) 546-0500 (Phone) | (410) 230-0660 (Phone) |
| (865) 525-5293 (Fax) | (410) 230-0667 (Fax) |
| jwood@emlaw.com | ddean@coleschotz.com |

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*