# Cole Schotz P.C.

500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131   302-652-3117 fax

New Jersey

New York

Maryland

Texas

Reply to Delaware Office
Writer's Direct Line: 302-651-2000
Writer's Direct Fax: 302-574-2100
Writer's E-Mail: npernick@coleschotz.com

January 15, 2016

**Via Electronic Case Filing
and Hand Delivery**

The Honorable Kevin Gross
United States Bankruptcy Court for the
District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

      Re:    SNMP Research et al. v. In re Nortel Networks Inc., et al. (Adv. No. 11-53454-KG)

Dear Judge Gross:

      I write on behalf of plaintiffs SNMP Research, Inc. and SNMP Research International, Inc. (together, "SNMP Research") in the above referenced adversary proceeding. The purpose of this letter is to provide the Court with an interim discovery status report as required by the Court's Scheduling Order dated September 15, 2016 [Adv. D.I. 270] (the "Scheduling Order"). The U.S. Debtors and Avaya Inc. ("Avaya") have reviewed and approved the form of this interim status report.

      As an initial matter, the current Scheduling Order has a discovery cutoff date of June, 13, 2016, with initial expert reports due by March 30, 2016 and rebuttal reports due by May 2, 2016. Dispositive motions are required to be filed by July 15, 2016.

      The case remains in the written discovery phase, and no fact or expert depositions have been conducted. SNMP Research intends to schedule the U.S. Debtors' and Avaya's depositions promptly after it receives complete document productions from the U.S. Debtors and Avaya. SNMP Research may also determine that it is necessary to depose certain third-parties after reviewing documents produced by the U.S. Debtors, Avaya and certain third-party business line asset buyers. SNMP Research has had multiple conferences with the U.S. Debtors and Avaya (individually, not collectively) concerning their respective responses to SNMP Research's interrogatories and document requests. To date, Avaya has produced 156,290 pages of documents, and its document production and collection is ongoing. Avaya has also responded to the interrogatories SNMP Research has propounded. Like SNMP Research, Avaya intends to notice and take several fact depositions.

Cole Schotz P.C.

The Honorable Kevin Gross
January 15, 2016
Page 2

      SNMP Research most recently conferred with Avaya on January 6, 2016, and in written communications since then, to explore an amicable way forward concerning the production of documents by Avaya from "custodial" (i.e., employee e-mails) and "non-custodial" (i.e., shared document management system) sources. SNMP Research and Avaya are discussing agreeable search terms for the custodial sources, time frame, and the identity of the custodians whose e-mails are to be searched. If SNMP Research and Avaya are unable to reach agreement on these issues in short order, the parties may need to seek Court intervention. SNMP Research and Avaya have also exchanged letters concerning alleged deficiencies in their respective written discovery responses. Specifically, SNMP Research wrote Avaya on December 21, 2015 regarding Avaya's purported deficiencies in its responses. On January 11, 2016, Avaya responded with a letter addressing certain issues concerning the searching of custodial sources and responded to SNMP Research's concerns. Avaya's January 11, 2016 letter also contends that certain of SNMP Research's discovery responses are deficient. SNMP Research has not had an opportunity to respond to or address the concerns raised in the January 11, 2016 letter.

      As for the U.S. Debtors, SNMP Research most recently conferred with the U.S. Debtors on January 12, 2016. The parties discussed the production of two primary categories of documents previously requested by SNMP Research: (i) documents showing the U.S. Debtors' position regarding what Nortel products contained SNMP Research's software; and (ii) documents concerning financial and other information about those products geared primarily towards SNMP Research's profit damages claims. The U.S. Debtors advised that SNMP Research should receive documents this week concerning the first general category. The parties agreed to discuss further the requests for documents responsive to the second general category of claims. SNMP Research has also requested that the U.S. Debtors update their interrogatory responses so that SNMP Research can determine what interrogatories the U.S. Debtors intend to answer, which will aid in narrowing and identifying any discovery disputes that may need to be brought to the Court's attention concerning the sufficiency of the U.S. Debtors' written discovery responses.

      As it stands, SNMP Research does not believe that the current schedule is feasible. Initial expert reports are due by March 30, 2016. SNMP Research does not believe its experts can prepare complete and adequate reports until additional documents are produced by the U.S. Debtors and Avaya and fact depositions are conducted. In addition, based on information gathered in connection with the Canadian proceeding, SNMP Research now believes that third-party discovery is necessary as to other asset buyers. As such, SNMP Research is preparing subpoenas to serve on Ciena Corporation, Hitachi Communication Technologies America, Inc. and Ericsson Inc. (a U.S. based Ericsson entity that licenses SNMP Research's software in connection with the assets purchased by Telefonaktiebolaget L M Ericsson (Publ) ("Ericsson"), a Sweden-based business line buyer). SNMP Research is also preparing another motion requesting judicial assistance to obtain discovery from Kapsch CarrierCom AG, an Austrian entity with no apparent U.S. presence. SNMP Research intends to include in that motion a request for additional assistance concerning the letter of request previously issued by the Court with respect to Ericsson, which has ignored the prior order of the Swedish court issued in response to this Court's prior letter of request. *See* Adv. D.I. 281.

      Accordingly, SNMP Research has requested that the U.S. Debtors and Avaya agree to extend the discovery and dispositive motion deadlines in the Scheduling Order by at least three

Cole Schotz P.C.

The Honorable Kevin Gross
January 15, 2016
Page 3

months while the parties continue to work through written discovery issues. The parties will be prepared to discuss this and possibly other discovery issues at the conference scheduled for next Friday, January 22, 2016, at 10:00 a.m.

                                                Respectfully,

                                                COLE SCHOTZ P.C.

                                                Norman L. Pernick
                                                Member

NLP:mev

cc:    Counsel of Record (*per attached certificate of service*)

53651/0001-12700124v1